UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
Rosenberg,

                         Plaintiff(s),

        -against –

HSBC Bank, USA N.A.,

                         Defendant(s).
-------------------------------------------------------------X

**O R D E R**

7:24-CV-09883 (CS)

<u>Seibel, J.</u>

     It having been reported to this Court that the claims in this case have been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within sixty (60) days of the date of this order, Plaintiff may apply by letter within the sixty-day period for restoration of the action to the Calendar of the undersigned, in which event the action will be restored.

The Clerk shall close the case.

     **SO ORDERED**.

Dated:  May 2, 2025
          White Plains, New York

                                                                         CATHY SEIBEL, U.S.D.J.